ACCEPTED
03-16-00526-CR
14509945
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2016 1:47:31 PM
JEFFREY D. KYLE
CLERK

NO.   03 -16- 00526-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE THIRD JUDICIAL DISTRICT |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| ANTHONY TUCKER | § | AT AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 8:52:31 AM
JEFFREY D. KYLE
Clerk

## COUNSEL'S MOTION TO WITHDRAW FROM APPELLATE REPRESENTATION UNDER *ANDERS v. CALIFORNIA*

TO THE HONORABLE JUDGES OF THE THIRD DISTRICT COURT OF APPEALS OF TEXAS:

COMES NOW, Alexander L. Calhoun, counsel for Appellant, ANTHONY TUCKER, and seeks this Court's permission to withdraw from representation on the ground that there are no non-frivolous grounds for review in Appellant's appeal, and would show as follows:

1.      This case is on appeal from the County Court at Law # 6   of Travis County, Texas. The case below was styled the *State of Texas v. Leandre Morris*, numbered C-1-CR 14-218049.  Appellant was convicted of Driving While Intoxicated and placed on a probated sentence of 365 days in the Travis County Jail and a probated sentence of $ 2000.  Appellant is free on bond.

2.      Counsel has thoroughly reviewed the appellate record from Appellant's trial and believes there to be no non-frivolous grounds for relief in this case. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel has prepared a brief setting forth any possible ground for review and why counsel believes said

points to be frivolous.

3.      Counsel would respectfully request this Court to review the submitted *Anders* Brief and upon conclusion, if this Court concurs with counsel's reasoning, permit counsel to withdraw from representation, pursuant to *Anders v. California*, *supra*. Should this Court conclude that counsel is in error, and that there are non-frivolous grounds within the appellate record, then counsel would seek to withdraw this motion and prepare a merits brief to this Court.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this Honorable Court, upon review of the accompanying *Anders* brief, if the Court agrees that there are no non-frivolous grounds for relief, to permit appellate counsel to withdraw. Alternatively, if this Court concludes that there are potentially meritorious issues, then Counsel would seek to withdraw this motion.

Respectfully submitted,

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., Ste. B-150 # 260
Austin, Texas 78749
Tele: 512/ 420 - 8850
Fax: 512/ 233- 5946
Cell: 512/ 731 - 3159
email: alcalhoun@earthlink.net

By: _/s/ *Alexander L. Calhoun*
    Alexander L. Calhoun
    State Bar No.: 00787187
    Counsel for Appellant

**CERTIFICATE OF CONFERENCE**

I hereby certify that due to the nature of this brief, I have not sought to confer with opposing counsel and do not anticipate opposition to this motion.

/s/ *Alexander L. Calhoun*
ALEXANDER L. CALHOUN

**CERTIFICATE OF SERVICE**

I herein certify that on December 30, 2016 a true and correct copy of the above document has been served upon the Travis County Attorney's Office, P.O. Box 1748, Austin, TX 78767 and that pursuant to this Court's Local Rule 1, a copy has been served upon Appellant, Anthony Tucker, at 5703 Ave. D, Austin, TX 78752, along with this Court's prescribed Certificate of Counsel Form for *Anders* briefs, and a letter consistent with this Court's form letter advising Appellant of his rights under *Anders.*

/s/ *Alexander L. Calhoun*
ALEXANDER L. CALHOUN